UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Michigan Electrical Employees Health Plan,

        Case No. 2:10-cv-329

    Plaintiff,

v.        Hon. Gordon J. Quist

Michigan Upper Peninsula IBEW Pension Plan, et al,

    Defendant.
_____/

## ORDER REJECTING PAPER-FILED DOCUMENT

    Pursuant to Western District of Michigan Local Civil Rule 5.7 and Local Criminal Rule 49.10 governing electronic filing, attorneys must file and serve all documents (with enumerated exceptions) electronically by use of the CM/ECF system.

    The Court has examined the following document submitted to the Clerk in paper form, contrary to the Local Rules:

Name of Document:   Certificate of Satisfied Judgment

Attorney Submitting Document: William T. Nordeen

Date Received by Clerk: March 26, 2014

    The Court orders the Clerk to reject the foregoing document and return it to counsel, so that it may be electronically filed pursuant to the Local Rules of this Court. A copy of this order should be filed as an attachment to the resubmitted document.

IT IS SO ORDERED.

Dated: March 26, 2014        /s/ Timothy P. Greeley
        Timothy P. Greeley
        United States Magistrate Judge

<For Court Use Only>

☐ The Clerk shall accept the pleading(s) for filing _____ Dated:_____
                                                                                         Initials