UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHIGAN ELECTRICAL EMPLOYEES
HEALTH PLAN,
MICHIGAN UPPER PENINSULA
IBEW PENSION PLAN,
IBEW LOCAL 1070 APPRENTICESHIP FUND,
ROBERT KOERSCHNER
and ROBERT SHUMAKER, in their capacities
as Trustees of the Plans, and IBEW LOCAL 1070
DUES FUND,

        Plaintiffs

v                                        CASE NO. 2:10-CV-329

J & N ELECTRIC, INC., and JASON NIEMI,
doiug business as J & N ELECTRIC,

        Defendants

---

### CERTIFICATE OF SATISFIED JUDGMENT

    A judgment was entered by this Court on November 16, 2011. Plaintiffs, through their attorney, hereby certify that said judgment has been satisfied in full as to all of the Defendants.

Dated: March 17, 2014

William T. Nordeen
Attorney for Plaintiffs


**ROBERT P. JUIDICI, P.C.**
Attorney at Law
600 U.S. 41 East• P.O. Box 511• Negaunee, MI 49866 •(906) 475-9961